# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  DANEEN L. WINDOM                                    Case Number:  1:02CR10011-003

Name of Sentencing Judicial Officer:   HONORABLE JAMES D. TODD, CHIEF U.S. DISTRICT COURT JUDGE

Date of Original Sentence:   10/22/02

Original Offense:   DISTRIBUTION OF COCAINE; 21 U.S.C. § 841(a)(1)

Original Sentence:   12 MONTHS IN CUSTODY, 2 YEARS ON SUPERVISED RELEASE

Type of Supervision:   SUPERVISED RELEASE       Date Supervision Commenced:   02/02/04

Assistant U.S. Attorney:   VICTOR L. IVY              Defense Attorney:   M. DIANNE SMOTHERS

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | USE OF A CONTROLLED SUBSTANCE |
| GENERAL | POSSESSION OF A CONTROLLED SUBSTANCE |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 10/17/05 _____

_____
U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No action.

[ ] The issuance of a warrant.

[X] The issuance of a summons.

[ ] Other

_James D. Todd_
Signature of Judicial Officer

_19 October 2005_
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Tennessee

UNITED STATES OF AMERICA
V.

DANEEN L. WINDOM

**SUMMONS IN A CRIMINAL CASE**

Case Number: 1:02CR10011-003

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| US District Court, 111 S. Highland Ave., Jackson, TN 38305 | Room 432 |
| Before: Judge James D. Todd | Date and Time: 11/8/2005 8:45 am |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Violation of Supervised Release

*(signature)* C. Heird, D.C.
Signature of Issuing Officer

10/20/2005
Date

Thomas M. Gould, Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]           Date |

| Check one box below to indicate appropriate method of service |
|---|

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
             Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 1:02-CR-10011 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT