# UNITED STATES DISTRICT COURT
## Western District of Tennessee

United States of America

v.

DANEEN WINDOM

ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

Case Number: 02-10011-03-T/An

**FILED IN OPEN COURT:**
DATE: 11-8-5
TIME: 2:25 PM
INITIALS: E

On November 8, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. The defendant was or had been advised of her rights under Rules 5 and 32.1(a)(1), Federal Rules of Criminal Procedure, and counsel was appointed.

At this hearing, the defendant was released on bond and therefore, a preliminary hearing on the violation was not required. *See* United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976); United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733(1976).

Accordingly, the defendant is held to a final revocation hearing before Judge James D. Todd. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

S. Thomas Anderson, United States Magistrate Judge

*Date: November 8, 2005*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/9/05

139

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 139 in case 1:02-CR-10011 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT