IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          Cr. No.1:02-10011-03-T

DANEEN WINDOM

### JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on November 29, 2005, Assistant U. S. Attorney Victor Lee Ivy, representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing the testimony of the witness sworn, and hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of her supervised release and that she be sentenced to the custody of the Bureau of Prisons for a period of **FOUR (4) MONTHS** with no further supervision.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/1/05

The defendant is allowed to remain on her present bond.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 29 November 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 1:02-CR-10011 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT